UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTH SOUND CAPITAL LLC, *et al.*  <br><br>v.<br><br>MERCK & CO., INC. F/K/A SCHERINGPLOUGH CORP., *et al*. | 3:13-cv-7240 (FLW) (DEA) |

## NOTICE OF APPEAL

Notice is hereby given, in accordance with Rules 3 and 4 of the Federal Rules of Appellate Procedure, that North Sound Capital LLC, North Sound Legacy International, North Sound Legacy Institutional, United Food Commercial Workers Local 1500 Pension Fund, Colonial First State Investments Ltd. , CFSIL – CFS Wholesale Indexed Global Share Fund, CFSIL – Commonwealth – Global Shares Fund 4, CFSIL – Commonwealth Specialist Fund 13, CFSIL Wholesale Geared Global Shared Fund, CFSIL ATF CMLA International Share Fund, CFSIL – Commonwealth Global Shares Fund 6, CFSIL – Commonwealth Global Shares Fund 2, CFSIL – CFS Wholesale Acadian Global Equity Fund, CFSIL – CFS Wholesale Global Health & Biotechnology Fund, and CFSIL – CFS Wholesale Global Share Fund, Plaintiffs in the above-captioned action, hereby appeal to the United States Court of Appeals for the Third Circuit from the May 15, 2018 Opinion and Order of this Court granting Defendants' Motion to Dismiss, *see* ECF Nos. 47-48.

Dated: June 13, 2018

                                              **KIRBY McINERNEY LLP**

/s/ *Karina Kosharskyy*
Karina Kosharskyy
Daniel Hume
Meghan Summers
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: 212-371-6600
Facsimile: 212-699-1194
Email: kkosharskyy@kmllp.com

*Counsel for Plaintiff*s